# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES DOUGLAS MORRISON | § § | |
| v. | § § | NO. 9:17-cv-181 |
| MICHAEL HENDLER | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Ron Clark, Chief United States District Judge, and is referred to the undersigned United States Magistrate Judge for pretrial management. On October 18, 2017, Judge Hawthorn entered a report (Doc. No. 4) recommending that the court should dismiss the Plaintiff's complaint without prejudice because the court lacks subject matter jurisdiction to hear the Plaintiff's claims. No objections have been filed to the magistrate judge's report, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 4) is **ADOPTED**, and the Plaintiff's complaint should be **DISMISSED** without prejudice. A final judgment will be entered separately.

**So Ordered and Signed**
**Jan 16, 2018**

_____
Ron Clark, United States District Judge